# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN SUSI,** | Case No. 2:15-cv-01307-MCE-DAD |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |
| v. | |
| **UNIFUND CCR, LLC; and KENOSIAN & MIELE, LLP,** | |
| Defendants. | **Judge: Hon. Morrison C. England, Jr.** |

In accordance with Plaintiff's request under Federal Rule of Civil Procedure 41(a)(1), this case is hereby dismissed, with prejudice. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT